**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GRAHAM HOCKADAY, | Case No. 2:16-cv-02422-RFB-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 7) |
| LOWE'S HOME CENTERS, LLC | |
| Defendant(s). | |

Pending before the Court is a motion to withdraw as counsel for Plaintiff. Docket No. 7. The Court hereby **SETS** a hearing on that motion for 3:00 p.m. on January 9, 2017, in Courtroom 3A. Plaintiff shall appear at the hearing in person. Plaintiff's current counsel and any newly retained counsel shall also appear in person. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. No later than December 23, 2016, Plaintiff's current counsel of record shall serve Plaintiff with this order and shall file a proof of service. Any response to the motion to withdraw shall be filed no later than December 27, 2016.

IT IS SO ORDERED.

DATED: December 22, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge