# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GRAHAM HOCKADAY, | Case No. 2:16-cv-02422-RFB-NJK |
| Plaintiff, | ORDER |
| vs. | (Docket Nos. 7, 12) |
| LOWE'S HOME CENTERS, LLC, | |
| Defendant. | |

Pending before the Court is Plaintiff's counsel's motion to withdraw as counsel. Docket No. 7. On December 22, 2016, the Court set a hearing on this motion for January 9, 2017. Docket No. 8. Through an inadvertent calendaring error, Plaintiff's counsel was not present. Docket No. 11. Plaintiff, though required to be present, was also not present. Docket Nos. 8, 11. As a result, the Court continued the hearing to January 10, 2017, at 10:00 a.m., in Courtroom 3A.

Plaintiff's counsel has now filed a motion to continue the hearing on his motion to withdraw. Docket No. 12. For good cause shown, the Court **GRANTS** the motion to continue, Docket No. 12, and continues the hearing to January 25, 2017, at 9:00 a.m., in Courtroom 3D. Plaintiff Graham Hockaday shall appear at the hearing in person. Plaintiffs' current counsel and any newly retained counsel shall also appear in person. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. Counsel for Defendant, who appeared at the January 9, 2017 hearing, and filed a notice of non-opposition to the motion to withdraw, is **not** required to appear at the hearing. *See* Docket Nos. 10, 11.

No later than January 13, 2017, Plaintiff's current counsel of record shall serve Plaintiff with this order and shall file a proof of service.

IT IS SO ORDERED.

DATED: January 9, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge